# Exhibit "A"

FILED ROB GIFFORD
4/1/2021 2:21:44 PM
County Clerk
Genesee County

## STATE OF MICHIGAN

### IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

CLEOPATRA THOMPSON,

|                         |                                    |
|-------------------------|------------------------------------|
|                         | Plaintiff,                         |

CASE NO.: 21-115461-NO

v.

JUDGE DAVID NEWBLATT P-45306

NESTLE WATERS NORTH AMERICA,
INC., a foreign corporation,
SAM'S EAST, INC., a foreign corporation

Defendant.

_____/

**THOMAS W. WAUN (P34224)**
**MICHAEL A. KOWALKO (P36893)**
**JOHNSON LAW, PLC**
Attorney for Plaintiff
Capitol Theater Building
140 E. 2nd St., Ste. 201
Flint, Michigan 48502
(810) 695-6100

_____/

### COMPLAINT AND JURY DEMAND

Plaintiff, Cleopatra Thompson, by and through her attorneys, Johnson Law, PLC, brings

the following complaint against defendants as follows:

#### JURISDICTION

1.    Plaintiff, Cleopatra Thompson, (hereinafter referred to as "Cleo") was/is a

resident of Genesee County, Michigan.

2.    Defendant, Nestle Waters North America, Inc. (hereinafter referred to "defendant

Nestle") was/is a foreign corporation, doing business in Genesee County, Michigan.

3.      Defendant Sam's East, Inc. (hereinafter referred to as "defendant store") was/is a foreign corporation doing business in Genesee County, Michigan.

4.      The amount in controversy exceeds $25,000.00.

## GENERAL ALLEGATIONS

5.      On or about April 13, 2020, Cleopatra became a customer of defendants by purchasing Ice Mountain water at Defendant store. (**Exhibit 1,** receipt)

6.      The water was provided to defendant store by defendant Nestle.

7.      On or about May 1, 2020, by reason of partaking of said water Cleopatra became sick, experiencing burning and soreness in her throat and mouth area.

8       On or about May 2, 2020, as a result of drinking the water Cleo went to the Clio Urgent Care Clinic where she was diagnosed with, "acute pharyngitis" (**Exhibit 2**).

9.      The water was tested at RTI Laboratories which found:

> "Results:
> An aliquot of the water sample was dewatered and the resulting solids analyzed by EDS. The EDS spectrum obtained indicates the dominant presence of sodium, chlorine, carbon, and oxygen and minor mineral content. Although order analysis originally discounted chlorinated bleach as a possible contributor to the contaminant, the measured pH(12) and solids spectrum presented is consistent with a chlorinated bleach water contaminant."
> (**Exhibit 3.**)

## COUNT I - NEGLIGENCE/GROSS NEGLIGENCE/ WILLFUL AND WANTON MISCONDUCT

10.     Plaintiff repeats and reallege paragraphs 1-9 as if fully stated herein.

11.     The defendants, each of them, owed a duty to Cleo and breached said duty through their agents, servants and/or employees, by the following acts and/or omissions:

2

a)     In failing to exercise due care and caution in the preparation, monitoring and sale of the aforesaid water, thereby contaminating and/or allowing the contamination of the water;

b)     In failing to use due care and caution in the preparation, monitoring and sale of the aforesaid water so as not to cause injuries to persons invited to consume said water, including, specifically Cleo;

c)     In negligently and carelessly preparing, monitoring and selling water that was not fit for human consumption and was, in fact, unwholesome, dangerous, poisonous;

d)     In negligently preparing said water in violation of the city, county and state laws and regulations relating to the preparation, monitoring and sale of water to the public;

e).     In failing to inspect the ingredients of the aforesaid water to ascertain whether the same was suitable for human consumption prior to said sale;

f).     In negligently hiring and/or failing to employ and retain trained and competent help in the preparation, monitoring and sale of said water;

g).     In failing to exercise, promulgate and/or adhere to adequate and sufficient policies, rules and regulations as to the proper procedures and care in the preparation, monitoring and sale of said water;

h).     In failing to adhere to and comply with applicable state and local regulations and laws in regard to the cleanliness, preparation, monitoring and sale of water on said premises;

i)     In negligently failing to adequately supervise and/or oversee the personnel responsible for the preparation, monitoring, and sale of said water;

j)     Failing to take proper and definitive action to control and/or prevent the aforesaid water poisoning, when the defendants' knew, or should have known, that the water was unwholesome and not fit for human consumption;

k).     In committing other acts or omissions that may be specifically ascertained by virtue of discovery, and upon the determination of such acts, plaintiff reserves the right to amend and incorporate herein.

3

12.     The acts and omissions of defendants, by and through their servants, agents and/or employees, singularly and/or in combination with each other, also constituted gross negligence and/or willful, wanton misconduct.

13.     Defendants' breach of duties constituted negligence and/or gross negligence and/or willful and wanton misconduct which was a proximate cause of the injuries and damages sustained by Cleo, which are more fully set forth below.

## COUNT II – BREACH OF WARRANTY

14.     Plaintiff repeats and reallege paragraphs 1-13 as if fully stated herein.

15.     On April 13, 2020 Cleo purchased from defendants water supplied and/or prepared by said defendants for human consumption.

16.     The defendants, at said time, knew that said water was purchased for such purposes, and did then and there warrant it as fit and wholesome for that purpose.

17.     Cleo did in good faith justifiably rely and/or act upon said representations and warranties and defendants' skill and judgment as to the quality of said water when so purchased and consumed by Cleo.

18.     Defendants represented and warranted to Cleo that said food was wholesome and fit for human consumption.

19.     Defendants made said representations with the intention that Cleo would act and/or rely upon same.

20.     The aforesaid food was not fit for human consumption by Cleo and was in fact unwholesome, dangerous, and tainted at the time of its consumption.

4

21.     Defendants' breach of duties constituted a breach of warranty which was a proximate cause of the injuries and damages sustained by Cleo, which are more fully set forth below.

## DAMAGES

22.     Plaintiff repeats and reallege paragraphs 1-21 as if fully stated herein.

23.     As a result of defendants' negligence and/or gross negligence and/or willful and wanton misconduct and/or breach of warranties, Cleo sustained injuries past, present, and future, including but not limited to, "acute pharyngitis".

24.     As a result of defendants' negligence and/or gross negligence and/or willful and wanton misconduct and/or breach of warranties, Cleo sustained damages including but not limited to: past, present, and future physical pain and suffering, mental anguish, fright and shock, denial of social pleasure and enjoyment, embarrassment, humiliation and mortification and reasonable and necessary medical expenses.

WHEREFORE, Plaintiff requests a judgment against defendants in whatever amount she is found to be entitled in excess of $25,000.000, together with Court costs, interest, and attorney fees.

JOHNSON LAW, PLC

Dated:____4/1/21____        By:_____
                            **THOMAS W. WAUN (P34224)**
                            **MICHAEL A. KOWALKO (P36893)**
                            Attorney for Plaintiff

5

1

# Exhibit 1

```
             S A M 'S   C L U B
         CLUB MANAGER RHONDA JOHNSON
             ( 810 ) 230 - 6700
                 FLINT, MI
   04/13/20 12:58 4077 08291 005   2862

TERE:

  E     829641 SPRING WATER        6.47 W
  E     542089 ICE MOUNTAIF        5.97 W
  E     443819 BEEF ROAST F       20.08 H
  E     430285 CAN. BACON F        9.98 W
  E  980190477 CREETAS PUFF        3.49 N
  E     510049 SHARPPICCONF        7.67 W
  E     959976 TWIN CHNG LF        3.98 W
  E     760696 FR BEANS   F        5.40 W
  E     431710 SPRING MIX F        4.48 W
  E  980167941 ORANGES     F       7.98 W
  E  980167941 ORANGES     F       7.98 W
  E     416745  VIENNAS    F      12.14 W
  E      72553 RED GRAPES F        6.90 W
  E     749972 STRAWBERRY F        5.98 W
  E     749972 STRAWBERRY F        5.98 W
  E  980213084 RSNBRNCRNCHF        5.78 W

          DISCOUNT GIVEN           4.49
                 SUBTOTAL        115.99
  E     534524 2% MILK      F      2.34 H
  E     534524 2% MILK      F      2.34 H
                 SUBTOTAL        120.61

                    TOTAL        120.61
              EBT SNAP TEND       83.46
              VISA  TEND          37.15
   VISA CREDIT   **** **** **** 9605 I 1
   APPROVAL # 032119

   AID A0000000031010
   TC F7F524C5DF4DB5D9
   TERMINAL # SC010961
   *NO SIGNATURE REQUIRED
              CHANGE DUE          0.00

   EBT SNAP       SNAP PURCHASE
      83.46   TOTAL PURCHASE
   ACCOUNT #        **** **** **** 0005 S
   NET RESPONSE 03
   NETWORK ID. 0007 APPR CODE 586960
   TERMINAL # SC010961

           Beg Bal    End Bal
   EBT CASH    0.00     0.00
   EBT SNAP   83.46     0.00


   Visit samsclub.com to see your savings

      # ITEMS SOLD 18

     FCA 7148 8819 9749 7975 0239 8
```

*** MEMBER COPY ***

2

# Exhibit 2

01/22/2021    13:12 CLIO URGENT CARE                              (FAX)810 686 1687                    P.004/006

Date: 01/22/2021                          **Clio Urgent Care**                              Page:    1
                                          **Patient Charting Note**
                                  Cleopatra Thompson , DOB: 8/15/1955

| Date | Charting Summary | Provider | Clinician |
|------|------------------|----------|-----------|

**INITIAL VISIT COMPLAINT:**

pt went to drink water she bought but when she went to drink from the bottle she believes it contained bleech

PCP- Jaml Forback

**PRESENT COMPLAINT:**

The patient is a 64 year old female, presenting for a new patient visit with the following condition(s):

PRESENTING PROBLEM: Sore throat.

SIGNS / SYMPTOMS: Irritation and Pain to mouth and tongue. Pt states she purchased bottled water from Sam's and states when she went to drink the water it tasted like bleech. She immediately spit it out of her mouth but believes she ingested a small amount. This occurred last night at 6 pm. She called the police who investigated the incident last night. She also called poison control and was instructed to drink water and milk. Pt states she is doing this as directed and is feeling better. She continues to c/o pain in her mouth and tongue and into throat. She is tolerating PO. No trouble breathing, no chest pain.

LOCATION: Throat.

QUALITY: Constant.

DURATION: Today.

TIMING: Constant.

CONTEXT / MECHANISM: Patient not sure of problem / illness.

ALLEVIATING FACTORS: Patient indicated no alleviating factors.

**PAST MEDICAL HISTORY:**

ALLERGIES / ADVERSE REACTIONS: NSAIDs., STATIN.

MEDICATIONS: Patient is taking No Known Medications.

PROBLEMS: Cardiovascular / Heart Disease. Sleep Apnea. Arthritis. Depression. Anxiety. Diabetes.

OTHER PERSONAL HISTORY: No significant history of injuries, operations or hospitalizations.

FAMILY HISTORY: Mother, Unknown living status, history of Cardiovascular Disease. Mother, Unknown living status, history of Hypertension. Mother, Unknown living status, history of Stroke. Mother, unknown living status, history of Anxiety. Mother, unknown living status, history of Depression. Mother, Unknown living status, history of Diabetes.

SOCIAL HISTORY: Patient smoking status is unknown.

WORK HISTORY: No employment details noted on intake sheet.

Completed a review of patient's allergies, current medications, active and chronic problems, surgeries and hospitalizations, family history, social / work history. (Bonzheim, Scott PA-C, 5/02/20 at 1:57PM).

Date: 01/22/2021                            **Clio Urgent Care**                             Page:   2
                                          **Patient Charting Note**
                                      Cleopatra Thompson , DOB: 8/16/1955

| Date | Charting Summary | Provider | Clinician |
|------|------------------|----------|-----------|

## REVIEW OF SYSTEMS:

CONSTITUTIONAL: Patient denies: change in appetite, chills, fatigue, fever, sweats, or weight loss.

EYES: Patient denies: blurred or double vision, redness, eye pain, discharge, or use of contact lenses.

EARS, NOSE, MOUTH & THROAT: Denies all except: sore throat

CARDIOVASCULAR: Patient denies: chest pain or pressure, fainting, or irregular heart beat.

RESPIRATORY: Patient denies: congestion, cough, shortness of breath, or wheezing.

GASTROINTESTINAL: Denies all except: nausea

GENITOURINARY: Patient denies: discharge, frequent urination, nighttime urination, or painful urination.

MUSCULOSKELETAL: Patient denies: joint pain, muscle pain, or swelling.

SKIN: Patient denies: easy bruising, rash, redness, or skin sores.

NEUROLOGICAL: Patient denies: headache, light headedness, numbness, poor balance, tingling, or weakness.

## EXAMINATION / OBJECTIVE FINDINGS:

Height: 67 inches. Weight: 255 pounds. BMI: 39.9. Temperature: 98.3°F. Blood Pressure: 132/68. Pulse: 81. Respiration: 19. Pulse Ox: 96%. (Entered by Provider 5/02/2020 at 12:06PM ).

CONSTITUTIONAL: Patient is well- developed, well-nourished, and in no acute distress.

NEURO/PSYCH: The patient is alert and oriented x3. CNs 2-12 are grossly intact. Sensation is grossly intact.

HEAD: is normocephalic and atraumatic.

THROAT/NECK: Findings include post oropharyngeal erythema.

CARDIOVASCULAR: Heart rate and rhythm is regular. Sounds (s1/s2) are normal, with no murmurs, rubs or gallops. PMI is normal. No peripheral edema noted.

PULMONARY/CHEST: There is no respiratory distress or accessory muscle usage noted. No chest wall tenderness. Lungs are clear to auscultation throughout. No wheezes, rales, or rhonchi noted.

MUSCULOSKELETAL: There is no tenderness, swelling, or deformity. DTRs and peripheral pulses are intact and normal.

SKIN: is warm and dry. No rashes or lesions are noted.

ADDITIONAL FINDINGS: Mild erythema noted to posterior pharynx. No ulcerations. No tongue or

01/22/2021    13:13 CLIO URGENT CARE                          (FAX)810 686 1687                    P.006/006

Date:  01/22/2021                          **Clio Urgent Care**                          Page:    3
                                           **Patient Charting Note**
                                    Cleopatra Thompson , DOB:  8/15/1955

| Date | Charting Summary | Provider | Clinician |
|------|-----------------|----------|-----------|

posterior pharyngeal swelling.. ·

ASSESSMENT:

Initial Acute pharyngitis, unspecified. Condition uncomplicated, stable.

Initial Toxic effect of unsp corrosive substance, accidental, init. Condition uncomplicated, stable

TREATMENT / ORDERS:

Pt instructed to continue to follow poison control guidelines.  ER if sx worse.

TREATMENT PLAN / INSTRUCTIONS:

FOLLOW-UP INSTRUCTIONS:
Follow up with Primary Care Physician (PCP) within 2 days . If symptoms worsen before PCP visit return to
the Urgent Care. If symptoms are severe, go to the nearest emergency room immediately.


FOLLOW UP APPOINTMENT:
I recommend patient return to urgent care as needed (PRN) for follow up care.


PATIENT ACKNOWLEDGEMENT:
 Patient expresses an understanding of the treatment plan and follow up instructions.


Signature:            _A.H. ____PAC_            Date:  5/02/2020      2:02PM

3

# Exhibit 3





## - Report of Analytical Services -

**Submitter:**
Johnson Law, PLC
140 E. 2nd Street Ste 201
Flint, MI 48502

**Report Date:**    12/08/2020
**Phone:**(810) 695-6100
**FAX:**

**Attn:**  Michael Kowalko

**P.O. Number:**

| | |
|---|---|
| **RTI Lab#:** | 2007526 |
| **Client Sample ID:** | **Ice Mountain** |
| **Sample Type:** | Ice Mountain Contaminant |

**Ht #:**
**Sample Receipt Date:**    07/23/2020

A water sample was received for analysis.  The target of the analysis was to elementally characterize the water sample solids using techniques of EDS (Energy Dispersive X-ray Spectroscopy) for quantitative identification of elements with atomic number greater than five.  The results of the analysis are discussed below.

Results:

An aliquot of the water sample was dewatered and the resulting solids analyzed by EDS.  The EDS spectrum obtained indicates the dominant presence of sodium, chlorine, carbon and oxygen and minor mineral content.  Although odor analysis originally discounted chlorinated bleach as a possible contributor to the contaminant, the measured pH (12) and solids spectrum presented is consistent with a chlorinated bleach water contaminant.

Approved By   Lloyd Kaufman
              Director of Materials Sciences

The data and information presented herein, while not guaranteed, are to the best of our knowledge accurate and true.  No warranty or guarantee implied or expressed is made regarding these analytical results, since securing and properly preserving representative samples and since sample custody chains are beyond RTI control.  The results provided by RTI are neither intended to suggest product merchantability, nor for use in infringement of any existing patent.  RTI will not assume any liability or responsibility for any such infringement.  Alteration or reproduction other than in its entirety is not authorized by RTI Laboratories, Inc. It is implied that some or all of the parameters reported herein are not covered by accreditation scope.  Accreditation scope documents can be inspected at www.rtilab.com or are available by request.  A2LA certificate numbers 570.01 and 570.02.  The recording of False, Fictitious or Fraudulent Statements or entry on this document may be punishable as a Felony under Federal Statute.  All testing performed under RTI quality manual 1-QAO-001 rev L issued Dec. 2008 and has been audited and deemed compliant to ISO Guide 17025 rev. 2005.

2007526

33080 INDUSTRIAL RD   LIVONIA, MI 48150   (734) 422-8000   FAX (734) 422-5342
E-mail: information@rtilab.com   Website: rtilab.com

Page 1 of 2

# RTI LABORATORIES



**Figure 1 – EDS spectrum obtained from the suspended/dissolved solids of the water sample**

| Elt. | Line | Intensity (c/s) | Atomic % | Conc | Units | Error 2-sig | MDL 3-sig |
|------|------|-----------------|----------|--------|-------|-------------|-----------|
| C | Ka | 1,094 | 53.153 | 33.612 | wt.% | 0.726 | 0.517 |
| O | Ka | 408.83 | 5.863 | 4.939 | wt.% | 0.200 | 0.195 |
| Na | Ka | 12,485 | 22.833 | 27.637 | wt.% | 0.160 | 0.048 |
| Mg | Ka | 52.95 | 0.110 | 0.141 | wt.% | 0.039 | 0.057 |
| P | Ka | 62.81 | 0.085 | 0.138 | wt.% | 0.034 | 0.050 |
| S | Ka | 369.00 | 0.464 | 0.783 | wt.% | 0.043 | 0.052 |
| Cl | Ka | 13,120 | 17.093 | 31.906 | wt.% | 0.181 | 0.061 |
| Ca | Ka | 242.06 | 0.400 | 0.843 | wt.% | 0.050 | 0.056 |
| | | | 100.000 | 100.000 | wt.% | | Total |

kV              15.0
Takeoff Angle   30.0°
Elapsed Livetime 10.0

33080 INDUSTRIAL RD     LIVONIA, MI 48150     (734) 422-8000     FAX (734) 422-5342
E-mail: information@rtilab.com   Website: rtilab.com

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

CLEOPATRA THOMPSON,

                              Plaintiff,

v.                                              CASE NO.:   21-115461-NO

                                                JUDGE   DAVID NEWBLATT P-45306

NESTLE WATERS NORTH AMERICA,
INC., a foreign corporation,
SAM'S EAST, INC., a foreign corporation

                              Defendant.

_____/

**THOMAS W. WAUN (P34224)**
**MICHAEL A. KOWALKO (P36893)**
**JOHNSON LAW, PLC**
Attorney for Plaintiff
Capitol Theater Building
140 E. 2nd St., Ste. 201
Flint, Michigan 48502
(810) 695-6100

_____/

## <u>JURY DEMAND</u>

NOW COMES the Plaintiff, Cleopatra Thompson, by and through her attorneys,

JOHNSON LAW, PLC, and hereby makes demand for a jury in the above captioned matter.

                              Respectfully submitted,

                              **JOHNSON LAW, PLC**

                    By:    _____

                              **THOMAS W. WAUN (P34224)**
                              **MICHAEL A. KOWALKO (P36893)**
Dated: _____          Attorneys for Plaintiff

6